# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TAYLOR WEAKS AND CAITLIN
WEAKS

VERSUS

LOUISIANA INSURANCE GUARANTY
ASSOCIATION

NO.  2025 CW 0346

JUNE 16, 2025

---

In Re:   Louisiana Insurance Guaranty Association, applying for
         supervisory writs, 32nd Judicial District Court, Parish
         of Terrebonne, No. 200630.

---

BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.

**WRIT DENIED ON THE SHOWING MADE.**

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT